No. 79–1092.  ABERCROMBIE *v.* LOUISIANA.  Sup. Ct. La. Certiorari denied.

No. 79–1147.  APPALACHIAN POWER CO. ET AL. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 79–1164.  LICAVOLI *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 79–1184.  HOLLOWAY ET AL. *v.* UNITED STATES; and
No. 79–1194.  SPIEGEL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  Reported below: 604 F. 2d 961.

No. 79–1187.  FOX *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 79–1192.  FOREST E. OLSON, INC., ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE (CALIFORNIA, REAL PARTY IN INTEREST).  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 79–1216.  SYROVATKA ET UX. *v.* EHRLICH, DIRECTOR, DEPARTMENT OF PUBLIC WELFARE OF NEBRASKA, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 79–1221.  GRZYWACZ ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 79–1235.  NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC., DBA INTERNATIONAL BROTHERHOOD OF POLICE OFFICERS *v.* CENTRAL BROADCASTING CORP.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 79–1238.  BRIGGS *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.